```
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION
```

PAULETTE PARKER                                            PLAINTIFF

VS.                             CIVIL ACTION NO. 5:16-cv-48(DCB)(MTP)

CREDIT ONE BANK,
NATIONAL ASSOCIATION                                       DEFENDANT

ORDER

This cause is before the Court <u>sua</u> <u>sponte</u> to address the parties' failure to follow this Court's Order of August 1, 2016, requiring the parties to file a joint report as to the status of their arbitration proceedings every 120 days.

The parties' last joint status report was filed on July 31, 2017. On December 7, 2017, plaintiff Paulette Parker filed her Status Report, without input from the defendant, showing that the Arbitrator had scheduled a Final Evidentiary Hearing for March 26 through March 30, 2018, as requested by the parties.

Counsel for plaintiff states that he has attempted to confer with counsel for defendant but has received no response nor input.

Nothing further has been filed by the parties since December 7, 2017.

Therefore,

IT IS HEREBY ORDERED that the parties shall file a joint report within thirty (30) days from the date of entry of this Order, or immediately after the completion of the arbitration, whichever occurs first.

SO ORDERED, this the 29th day of April, 2019.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE